**EXHIBIT B**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.;
COLUMBIA PAINT & COATINGS and DOES 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

MAR 07 2007

CLERK OF THE SUPERIOR COURT
By SUSAN ERICKSON, Deputy

COPY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Alameda County Superior Court - Hayward
State of California
24405 Amador Street
Hayward, California 94544

CASE NUMBER: *(Número del Caso):* HG07314291

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT M. DESKY, Esq. (SBN 22977)           (650) 348-0102   (650) 348-0962
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402

DATE: MAR 07 2007  PAT SWEETEN  Clerk, by SUSAN ERICKSON, Deputy
*(Fecha)*  EXECUTIVE OFFICER/CLERK *(Secretario)*  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Trimac Transport Services (Western) Inc
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

*5681476*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: Anderlini, Finkelstein, Emerick & Smoot<br>400 South El Camino Real<br>Suite 700<br>San Mateo, CA 94402<br>Telephone No: 650 348-0102  FAX No: 650 348-0962 | | | | **FILED**<br>ALAMEDA COUNTY<br><br>MAY 0 4 2007<br><br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>ALAMEDA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: Sheik Zahid Ali, et al. | | | | |
| Defendant: Trimac Transportation Services (Western), Inc., et al. | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>HG07314291 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; Amendment to Complaint; Civil Case Cover Sheet; ADR Information Package; Blank Case Management Statement

3. a. Party served:  Rohm and Haas Company
   b. Person served:  Becky DeGeorge, Authorized to Accept.

4. Address where the party was served:  CSC Lawyers Incorporating Service
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 23, 2007 (2) at: 12:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  Rohm and Haas Company
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jenice Rossner                            d. *The Fee for Service was:*  $35.00
   b. **GOLD RUSH PROCESS SERVICE**             e. I am: (3) registered California process server
   225 30th Street                                  (i) Independent Contractor
   Suite 309                                        (ii) Registration No.:  98-02
   Sacramento, CA 95816                             (iii) County:  Sacramento
   c. 916 446-8917, FAX 916 443-6299                (iv) Expiration Date:  Thu, Jan. 03, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Apr. 23, 2007

Judicial Council Form POS-010         PROOF OF SERVICE         (Jenice Rossner)         af&e.70231
Rule 982.9.(a)&(b) Rev January 1, 2007      S&C



| Attorney or Party without Attorney:<br>Law Offices Of: Anderlini, Finkelstein, Emerick & Smoot<br>400 South El Camino Real<br>Suite 700<br>San Mateo, CA 94402<br>Telephone No: 650 348-0102   FAX No: 650 348-0962 | For Court Use Only<br>**FILED**<br>ALAMEDA COUNTY<br>MAY 0 4 2007<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>ALAMEDA COUNTY SUPERIOR COURT | |
| Plaintiff: Sheik Zahid Ali, et al. | |
| Defendant: Trimac Transportation Services (Western), Inc., et al. | |

| **PROOF OF SERVICE S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>HG07314291 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; Amendment to Complaint; Civil Case Cover Sheet; ADR Information Package; Blank Case Management Statement

3. a. Party served:   Trimac Transportation Services (Western), Inc.
   b. Person served:  Becky DeGeorge, Authorized to Accept.

4. Address where the party was served:   CSC Lawyers Incorporating Service
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 23, 2007 (2) at: 12:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Trimac Transportation Services (Western), Inc.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jenice Rossner                                            d. *The Fee for Service was:*   $35.00
   b. **GOLD RUSH PROCESS SERVICE**                             e. I am: (3) registered California process server
      225 30th Street                                              (i)   Independent Contractor
      Suite 309                                                    (ii)  Registration No.:      98-02
      Sacramento, CA 95816                                         (iii) County:                Sacramento
   c. 916 446-8917, FAX 916 443-6299                              (iv)  Expiration Date:       Thu, Jan. 03, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Apr. 23, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007                 PROOF OF SERVICE         (Jenice Rossner)         af&e.70232
                                                           S&C

**EXHIBIT C**

CIV-050

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (650) 348-0102 | FOR COURT USE ONLY |
|---|---|---|
| ROBERT M. DESKY, Esq. (SBN 22977)<br>ANDERLINI, FINKELSTEIN, EMERICK & SMOOT<br>400 South El Camino Real, Suite 700<br>San Mateo, California 94402 | | FIVE |

ATTORNEY FOR (name): Plaintiff SHEIK ZAHID ALI and SAFIYEH ZAYNA ALI

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS: Hayward, California 94544
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: SHEIK ZAHID ALI and SAFIYEH ZAYNA ALI
DEFENDANT: TRIMAC TRANSPORTATION SERVICES

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: HG-07-314291

To (name of one defendant only): TRIMAC TRANSPORTATION SERVICES, INC.
Plaintiff (name of one plaintiff only): SAFIYEH ZAYNA ALI
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [ ] Pain, suffering, and inconvenience .................................................. $ _____
   b. [ ] Emotional distress .................................................................... $ _____
   c. [X] Loss of consortium ................................................................... $ 1,000,000
   d. [ ] Loss of society and companionship (wrongful death actions only) ........... $ _____
   e. [ ] Other (specify) .................................................................... $ _____
   f. [ ] Other (specify) .................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [ ] Medical expenses (to date) ........................................................ $ _____
   b. [ ] Future medical expenses (present value) ........................................ $ _____
   c. [ ] Loss of earnings (to date) ....................................................... $ _____
   d. [ ] Loss of future earning capacity (present value) ................................ $ _____
   e. [ ] Property damage .................................................................. $ _____
   f. [ ] Funeral expenses (wrongful death actions only) ................................. $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) .......... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .. $ _____
   i. [ ] Other (specify) .................................................................... $ _____
   j. [ ] Other (specify) .................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: July 27, 2007

ROBERT M. DESKY, Esq. (SBN 22977)
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115

CIV-050

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> ROBERT M. DESKY, Esq. (SBN 22977) <br> ANDERLINI, FINKELSTEIN, EMERICK & SMOOT <br> 400 South El Camino Real, Suite 700 <br> San Mateo, California 94402 <br> TELEPHONE NO: (650) 348-0102 <br> ATTORNEY FOR (name): Plaintiff SHEIK ZAHID ALI and SAFIYEH ZAYNA ALI | FOR COURT USE ONLY <br><br> FILE |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS: Hayward, California 94544
CITY AND ZIP CODE:
BRANCH NAME:
PLAINTIFF: SHEIK ZAHID ALI and SAFIYEH ZAYNA ZALI
DEFENDANT: TRIMAC TRANSPORTATION SERVICES, INC., et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: HG-07-314291

To (name of one defendant only): TRIMAC TRNASPORTATION SERVICES, INC.
Plaintiff (name of one plaintiff only): SHEIK ZAHID ALI
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [x] Pain, suffering, and inconvenience ........................................... $ 10,000,000
   b. [ ] Emotional distress ............................................................ $ _____
   c. [ ] Loss of consortium ........................................................... $ _____
   d. [ ] Loss of society and companionship (wrongful death actions only) ........... $ _____
   e. [ ] Other (specify) .............................................................. $ _____
   f. [ ] Other (specify) .............................................................. $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [x] Medical expenses (to date) ................................................... $ Unknown
   b. [x] Future medical expenses (present value) ..................................... $ Unknown
   c. [x] Loss of earnings (to date) ................................................... $ Unknown
   d. [x] Loss of future earning capacity (present value) .............................. $ unknown
   e. [ ] Property damage .............................................................. $ _____
   f. [ ] Funeral expenses (wrongful death actions only) ............................... $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) .......... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) $ _____
   i. [ ] Other (specify) .............................................................. $ _____
   j. [ ] Other (specify) .............................................................. $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify) . $ _____
   when pursuing a judgment in the suit filed against you.

Date: July 27, 2007

ROBERT M. DESKY, Esq. (SBN 22977)
(TYPE OR PRINT NAME)

▶ _[signature]_
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)
Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115