**EXHIBIT F**



1  ROBERT A. MORGENSTERN, ESQ. (SBN 94180)
   CHRISTOPHER F. JOHNSON, ESQ. (SBN 114177)
2  MARANGA • MORGENSTERN
   A Professional Law Corporation
3  88 Kearny Street, Suite 1475
   San Francisco, CA 94108
4  (415) 248-5315; Fax (415) 248-5314

5  Attorneys for Defendant,
   TRIMAC TRANSPORTATION SERVICES, INC.
6

7

**FILED**
ALAMEDA COUNTY

**JUN 0 5 2007**

CLERK OF THE SUPERIOR COURT
By ___Susan Caickson___
                        Deputy

$320.00

**FEE PAID**

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF ALAMEDA - HAYWARD BRANCH

10

11  SHEIK ZAHID ALI and SAFIYA ZAYNA     )  **Case No.: HG-07-314291**
    ALI,                                 )  [Complaint Filed: March 7, 2007]
12                                       )
                Plaintiffs,              )  **ANSWER TO COMPLAINT**
13                                       )
                                         )
14  vs.                                  )
                                         )
15  TRIMAC TRANSPORTATION SERVICES       )
    (WESTERN), INC.; COLUMBIA PAINT &    )
16  COATINGS and DOES 1 to 100,          )  Discovery Cut-Off:    None
                                         )  Motion Cut-Off:       None
17              Defendants.              )  Trial Date:           Not Set
                                         )
18  _____ )

19        COMES NOW Defendant, TRIMAC TRANSPORTATION SERVICES (WESTERN),

20  INC., in answer to the Complaint on file herein and, answering for itself alone, admits, denies

21  and alleges as follows: [The term "Plaintiff" refers to each and every Plaintiff in this action; the

22  term "Defendant" refers to each and every Defendant responding by way of this Answer to

23  Complaint.]

24        1.     Under the provisions of Codes of Civil Procedure, Section 431.30, this answering

25  Defendant denies each and every allegation contained in Plaintiffs' unverified Complaint, and the

26  whole thereof, and in particular, denies that Plaintiffs were injured or damaged in the matter or

27  sum alleged, or in any other manner or sum whatsoever or at all.

28  ///

1    **AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE**

2    **DEFENSE, DEFENDANT ALLEGES:**

3    2.    Plaintiffs are barred from recovery herein by reason of the fact that Plaintiffs'

4    pleading, and each and every cause of action thereof, fails to state and Plaintiffs cannot prove

5    facts sufficient to constitute a cause of action as against this answering Defendant.

6    **AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE**

7    **DEFENSE, DEFENDANT ALLEGES:**

8    3.    Plaintiffs' recovery as to any injury or damage suffered by Plaintiffs, if any, shall

9    be diminished to the extent that such injury or damage was proximately cause by negligence or

10   other tortious misconduct on the part of Plaintiffs.

11   **AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE**

12   **DEFENSE, DEFENDANT ALLEGES:**

13   4.    Plaintiffs' recovery herein shall be diminished or barred in that the Plaintiffs

14   failed to mitigate the damages complained of, if any there were, as said Plaintiffs failed to use

15   reasonable diligence in caring for Plaintiffs' injuries and reasonable means to prevent

16   aggravation and to accomplish the healing thereof.

17   **AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE**

18   **DEFENSE, DEFENDANT ALLEGES:**

19   5.    That the tortious misconduct alleged in the Complaint as to this answering

20   Defendant, if any there was, was not a substantial factor in bringing about the alleged injuries and

21   damages, and therefore, was not a contributing cause, but was superseded by tortious misconduct

22   by one or more third parties whose misconduct was an independent, intervening, sole and

23   proximate cause of any alleged injuries or damages suffered.

24   **AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE**

25   **DEFENSE, DEFENDANT ALLEGES:**

26   6.    That the liability of this answering Defendant, if any, for the amount of non-

27   economic damages, if any, should be limited pursuant to the Fair Responsibility Act of 1986,

28   Section 1431 of the Civil Code, in direct proportion to this to this Defendant's percentage of



1 | negligence or fault, if any.

2 |     WHEREFORE, having fully answered, this answering Defendant prays that Plaintiffs

3 | take nothing by reason of the Complaint on file herein, that Defendant have judgement of

4 | dismissal and for costs incurred herein, and for such other and further relief as the Court may

5 | deem just and proper.

6 |

7 | DATED: May 24, 2007                MARANGA • MORGENSTERN
                             A Professional Law Corporation

8 |

9 |

10 |                              CHRISTOPHER F. JOHNSON
                             Attorneys for Defendant,

11 |                              TRIMAC TRANSPORTATION SERVICES, INC.

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3

ANSWER TO COMPLAINT

 

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA |
| 3 | ) ss.<br>COUNTY OF SAN FRANCISCO ) |

4     I am employed in the County of San Francisco, State of California. I am over the age of
18 and not a party to the within action; my business address is 88 Kearny Street, Suite 1475, San
5     Francisco, California 94108.

6     On today's date, I served the foregoing document described as **ANSWER TO COMPLAINT** on all parties in this action as follows:
7

8     Merrill G. Emerick & Smoot, Esq.
      Robert M. Desky, Esq.
9     ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
      400 South El Camino Real, Suite 700
10    San Mateo, California 94402
      (650) 348-0102; Fax (650) 648-0962                    Attorneys for Plaintiffs
11
      Joshua S. Goodman, Esq.
12    JENKINS, GOODMAN, NEUMAN & HAMILTON, LLP
      417 Montgomery Street, 10th Floor
13    San Francisco, California 94104
      (415) 705-0400; Fax (415) 705-0411                    Attorneys for Defendant
14                                                          Columbia Paints

15
16    _X__ By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with
      the firm's practice of collection and processing of mailing. Under the practice it would be
      deposited with the U.S. Postal Service on that same day with postage thereon fully
17    prepared at San Francisco, California in the ordinary course of business. I am aware that
      on motion of the party served, service is presumed invalid if postal cancellation date or
18    postage meter is more than one day after day of deposit for mailing an affidavit.

19    ____ By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at
      telefax number    at the telefax number(s) indicated above.
20
      ____ By Personal Service. I delivered such envelope by hand to the addressee(s).
21
      ____ By Overnight Courier. I caused the above-referenced document(s) to be delivered to an
22    overnight courier service for delivery to the above addressee(s).

23    Executed on May 25, 2007, at San Francisco, California.

24    I declare under penalty of perjury under the laws of the State of California that the above
      is true and correct.
25
26
27                                                          LINDA JOHNSON
28

4

RCD

*5689928*

ROBERT A. MORGENSTERN, ESQ. (SBN 94180)
CHRISTOPHER F. JOHNSON, ESQ. (SBN 114177)
MARANGA • MORGENSTERN
A Professional Law Corporation
88 Kearny Street, Suite 1475.
San Francisco, CA 94108
(415) 248-5315; Fax (415) 248-5314

Attorneys for Defendants,
TRIMAC TRANSPORTATION SERVICES, INC.
and ROHM AND HAAS COMPANY

$ 320.00

FEE PAID

**FILED**
ALAMEDA COUNTY

JUL 1 2 2007

CLERK OF THE SUPERIOR COURT
By ___Susan Cuckson___
                              Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA - HAYWARD BRANCH

SHEIK ZAHID ALI and SAFIYA ZAYNA
ALI,

                    Plaintiffs,

vs.

TRIMAC TRANSPORTATION SERVICES
(WESTERN), INC.; COLUMBIA PAINT &
COATINGS and DOES 1 to 100,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.:  HG-07-314291**
[Complaint Filed: March 7, 2007]

**ANSWER TO COMPLAINT**

Discovery Cut-Off:    None
Motion Cut-Off:        None
Trial Date:                Not Set

COMES NOW Defendant, ROHM AND HAAS COMPANY, in answer to the Complaint

on file herein and, answering for itself alone, admits, denies and alleges as follows:  [The term

"Plaintiff" refers to each and every Plaintiff in this action; the term "Defendant" refers to each

and every Defendant responding by way of this Answer to Complaint.]

    1.    Under the provisions of Codes of Civil Procedure, Section 431.30, this answering

Defendant denies each and every allegation contained in Plaintiffs' unverified Complaint, and the

whole thereof, and in particular, denies that Plaintiffs were injured or damaged in the matter or

sum alleged, or in any other manner or sum whatsoever or at all.

///

///

1

ANSWER TO COMPLAINT

 

1    **AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE**

2    **DEFENSE, DEFENDANT ALLEGES:**

3    2.    Plaintiffs are barred from recovery herein by reason of the fact that Plaintiffs'

4    pleading, and each and every cause of action thereof, fails to state and Plaintiffs cannot prove

5    facts sufficient to constitute a cause of action as against this answering Defendant.

6    **AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE**

7    **DEFENSE, DEFENDANT ALLEGES:**

8    3.    Plaintiffs' recovery as to any injury or damage suffered by Plaintiffs, if any, shall

9    be diminished to the extent that such injury or damage was proximately cause by negligence or

10   other tortious misconduct on the part of Plaintiffs.

11   **AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE**

12   **DEFENSE, DEFENDANT ALLEGES:**

13   4.    Plaintiffs' recovery herein shall be diminished or barred in that the Plaintiffs

14   failed to mitigate the damages complained of, if any there were, as said Plaintiffs failed to use

15   reasonable diligence in caring for Plaintiffs' injuries and reasonable means to prevent

16   aggravation and to accomplish the healing thereof.

17   **AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE**

18   **DEFENSE, DEFENDANT ALLEGES:**

19   5.    That the tortious misconduct alleged in the Complaint as to this answering

20   Defendant, if any there was, was not a substantial factor in bringing about the alleged injuries and

21   damages, and therefore, was not a contributing cause, but was superseded by tortious misconduct

22   by one or more third parties whose misconduct was an independent, intervening, sole and

23   proximate cause of any alleged injuries or damages suffered.

24   **AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE**

25   **DEFENSE, DEFENDANT ALLEGES:**

26   6.    That the liability of this answering Defendant, if any, for the amount of non-

27   economic damages, if any, should be limited pursuant to the Fair Responsibility Act of 1986,

28   Section 1431 of the Civil Code, in direct proportion to this to this Defendant's percentage of

1  negligence or fault, if any.

2      WHEREFORE, having fully answered, this answering Defendant prays that Plaintiffs

3  take nothing by reason of the Complaint on file herein, that Defendant have judgement of

4  dismissal and for costs incurred herein, and for such other and further relief as the Court may

5  deem just and proper.

6

7  DATED: July 9, 2007               MARANGA • MORGENSTERN
                                     A Professional Law Corporation

8

9

10                                   CHRISTOPHER F. JOHNSON
                                 Attorneys for Defendants

11                                   TRIMAC TRANSPORTATION SERVICES, INC.
                                 and ROHM AND HAAS COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>PROOF OF SERVICE</u>

2    STATE OF CALIFORNIA          )
                                  ) ss.
3    COUNTY OF SAN FRANCISCO      )

4         I am employed in the County of San Francisco, State of California. I am over the age of
     18 and not a party to the within action; my business address is 88 Kearny Street, Suite 1475, San
5    Francisco, California 94108.

6         On today's date, I served the foregoing document described as **ANSWER TO
     COMPLAINT** on all parties in this action as follows:
7

8    Merrill G. Emerick & Smoot, Esq.
     Robert M. Desky, Esq.
9    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
     400 South El Camino Real, Suite 700
10   San Mateo, California 94402
     (650) 348-0102; Fax (650) 648-0962                    Attorneys for Plaintiffs
11
     Joshua S. Goodman, Esq.
12   JENKINS, GOODMAN, NEUMAN & HAMILTON, LLP
     417 Montgomery Street, 10th Floor
13   San Francisco, California 94104
     (415) 705-0400; Fax (415) 705-0411                    Attorneys for Defendant
14                                                         Columbia Paints

15   _X_  By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with
          the firm's practice of collection and processing of mailing. Under the practice it would be
16        deposited with the U.S. Postal Service on that same day with postage thereon fully
          prepared at San Francisco, California in the ordinary course of business. I am aware that
17        on motion of the party served, service is presumed invalid if postal cancellation date or
          postage meter is more than one day after day of deposit for mailing an affidavit.
18
          By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at
19        telefax number      at the telefax number(s) indicated above.

20   ____ By Personal Service. I delivered such envelope by hand to the addressee(s).

21   ____ By Overnight Courier. I caused the above-referenced document(s) to be delivered to an
          overnight courier service for delivery to the above addressee(s).
22
          Executed on July 9, 2007, at San Francisco, California.
23
          I declare under penalty of perjury under the laws of the State of California that the above
24   is true and correct.

25

26                                            _____
                                              Linda Johnson
27

28

                                          4
                                 ANSWER TO COMPLAINT

**EXHIBIT  G**

1  ROBERT A. MORGENSTERN, ESQ. (SBN 94180)
   CHRISTOPHER F. JOHNSON, ESQ. (SBN 114177)
2  MARANGA • MORGENSTERN
   A Professional Law Corporation
3  88 Kearny Street, Suite 1475
   San Francisco, CA 94108
4  (415) 248-5315; Fax (415) 248-5314

5  Attorneys for Defendant,
   TRIMAC TRANSPORTATION SERVICES, INC.
6

7

**FILED**
ALAMEDA COUNTY

**JUN 0 5 2007**

CLERK OF THE SUPERIOR COURT
By _Susan Crickson_
                              Deputy

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF ALAMEDA - HAYWARD BRANCH

10

| | |
|---|---|
| 11 SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, | **Case No.: HG-07-314291** [Complaint Filed: March 7, 2007] |
| 12 Plaintiffs, | **DEMAND FOR TRIAL BY JURY** |
| 13 | |
| 14 vs. | |
| 15 TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100, | Discovery Cut-Off: None Motion Cut-Off: None Trial Date: Not Set |
| 17 Defendants. | |
| 18 | |

19  TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that Defendant, TRIMAC TRANSPORTATION SERVICES,

21  INC. hereby demands trial by jury in the above-entitled matter.

22

23  DATED:  May 31, 2007          MARANGA • MORGENSTERN
                                   A Professional Law Corporation
24

25

26                               CHRISTOPHER F. JOHNSON
                                 Attorneys for Defendant,
27                               TRIMAC TRANSPORTATION SERVICES, INC.

28

1

DEMAND FOR TRIAL BY JURY

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
MERRILL G. EMERICK, Esq. (SBN 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402

TELEPHONE NO (650) 348-0102   FAX NO (Optional): (650) 348-0962
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS: Hayward, California 94544
CITY AND ZIP CODE
BRANCH NAME

**110**
*5756943*

FILED
ALAMEDA COUNTY

JUL 6 – 2007

CLERK OF THE SUPERIOR COURT
Deputy

PLAINTIFF/PETITIONER: SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

DEFENDANT/RESPONDENT: TRIMAC TRANSPORTATION SERVICES (WESTERN), et al.

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| (Check one):  [X] **UNLIMITED CASE**      [ ] **LIMITED CASE**<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | HG-07-314291 |

**A CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: July 20, 2007     Time: 9:45 A.M.     Dept.: 30     Div.:     Room:

Address of court *(if different from the address above):*
U.S. Post Office Building, Second Floor, 201 - 13th Street, Oakland, California 94612

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [X] This statement is submitted by party *(name):* Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI
   b. [ ] This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* March 7, 2007
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [X] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not):*
      (2) [X] have been served but have not appeared and have not been dismissed *(specify names):* ROHM and HAAS COMPANY sued and served as DOE 51 has not appeared.
      (3) [ ] have had a default entered against them *(specify names):*
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in  [X] complaint   [ ] cross-complaint   *(describe, including causes of action):*
      See Attachment 4.a.

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Legal Solutions & Plus

Cal. Rules of Court,
rules 3.720-3.730

| | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER: SHEIK ZAHID ALI and SAFIYA ZAYNA ALI | HG-07-314291 |
| DEFENDANT/RESPONDENT:TRIMAC TRANSPORTATION SERVICES (WESTERN), et al. | |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Concurrent negligence of the three defendants contributed to the accident resulting in an 18 foot fall of Plaintiff SHEIK ZAHID ALI resulting in spidural extra-axial hematoma requiring an emergency craniotomy and multiple skull fractures including basilar skull fracture. Plaintiff sustained multiple lacerations, other fractures and injuries seriously affecting his nervous system which since he has been transferred from emergency care at Deaconess Medical Center in Tacoma, Washington where he spent several days in a coma, has resulted in his remaining an invalid unable to enjoy sustained sleep, walk without the fear of falling, drive, function normally or perform any sustained activity or enjoy the benefits of any gainful occupation. He remains in a state in which he suffers intense pain and suffering which persists despite continuing therapy. The pain, discomfort and depression accompanying a complete state of dependency, caused his wife to terminate her normal employment to care for him at home) Plaintiff himself remains completely unemployable after 1 year and has doubtful prospects for gainful future employment on any basis where he can support himself, his wife and 4 year old daughter. Damages including future medical costs, therapy, care and loss of income are still being evaluated due to the continuing care and treatment being received by Plaintiff.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☒ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☒ days *(specify number):* 15
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☒ by the following:
   a. Attorney: Merrill G. Emerick, Esq.
   b. Firm: ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   c. Address: 400 South El Camino Real, Suite 700, San Mateo, California 94402
   d. Telephone number: (650) 348-0102
   e. Fax number: (650) 348-0962
   f. E-mail address:
   g. Party represented: Plaintiffs
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a. Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
    b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c. ☐ The case has gone to an ADR process *(indicate status):*

**CM-110**

| PLAINTIFF/PETITIONER: SHEIK ZAHID ALI and SAFIYA ZAYNA ALI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TRIMAC TRANSPORTATION SERVICES (WESTERN), et al. | HG-07-314291 |

17. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiffs | TRIMAC supervisors and employees including equipment supervisors, trainers, safety personnel and operators depositions | October 2007 |
| Plaintiffs | ROHM and COLUMBIA supervisors and employees including equipment supervisors, trainers, safety personnel depositions. | To be determined. |
| Plaintiffs | Interrogatories (form and special), Requests for Admission and Requests for Production. | To be determined. |

   c. ☐ The following discovery issues are anticipated *(specify):*

18. **Economic Litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

19. **Other issues**
   ☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*  The case is not at issue because of the pending motion to quash scheduled for hearing on July 25, 2007.  Plaintiffs request another Case Management Conference at least 10 days after that date by which time the case should be at issue and ready for setting a trial date.

20. **Meet and confer**
   a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

21. **Case management orders**
   Previous case management orders in this case are *(check one):*  ☒ none   ☐ attached as Attachment 21.

22. Total number of pages attached *(if any):* 1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: July 3, 2007

| MERRILL G. EMERICK, Esq. | ▶ | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF PARTY OR ATTORNEY) |

| | ▶ | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF PARTY OR ATTORNEY) |
| | ☐ Additional signatures are attached | |

**CASE MANAGEMENT STATEMENT**



**Attachment 4 a**
To
**Case Management Statement**


Plaintiffs SHEIK ZAHID ALI on July 19, 2006 suffered serious and disabling permanent injuries as an employee of a subcontractor hiring out to TRIMAC TRANSPORTATION SERVICES (TRIMAC), a tractor to pull a tanker trailer loaded with bulk liquid latex paint. The tanker was operated by TRIMAC which is located in California, loaded by ROHN and HAAS COMPANY (ROHM) in Los Angeles, California and unloaded under pressure by COLUMBIA PAINT & COATINGS (COLUMBIA) at its terminal in Spokane, Washington.

Due to the negligence of all three defendants, Plaintiff SHEIK ZAHID ALI was caused to fall 18 feet from a narrow cat walk on the top of the tanker which had been improperly loaded, which was operated and which was unloaded under unsafe conditions, and fell 18 feet to the concrete surface of the terminal yard. Causes of action are stated for general negligence, products liability and premises liability. Plaintiff SAFIYA ZAYNA ALI also suffered loss of consortium as the wife of Plaintiff and seeks recovery upon the basis of the foregoing allegations.


**Attachment 4 a.**
To
**Case Management Statement**

| | |
|---|---|
| 1 | Case Name:  Sheik Zahid Ali and Safiya Zayna Ali v. Trimac Corporation, et al. |
| 2 | Court:  Alameda County Superior Court<br>Case No.:  HG-07-314291 |
| 3 | **PROOF OF SERVICE** |
| 4 | I declare that: |

5

I am a resident of the County of San Mateo and am over the age of eighteen years and not
6   a party to the within entitled action; my business address is 400 So. El Camino Real Suite 700,
San Mateo, California 94402.

7

On the date below, I caused to be served the attached:
8

9   CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| Joshua S. Goodman, Esq.<br>Lisa Y. Cho, Esq.<br>JENKINS GOODMAN NEUMAN &<br>HAMILTON LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 705-0400<br>Facsimile: (415) 705-0411<br>**Attorneys for Defendant COLUMBIA<br>PAINT & COATINGS** | Christopher F. Johnson, Esq.<br>MARANGA MORGENSTERN<br>88 Kearny Street, Suite 1475<br>San Francisco, California 94108<br>Telephone: (415) 248-5315<br>Facsimile: (415) 248-5314<br>**Attorneys for Defendant TRIMAC<br>TRANSPORTATION SERVICES, INC.** |
| Audrey C. Friedel, Esq.<br>ROHM and HAAS COMPANY<br>100 Independence Mall West<br>Philadelphia, PA 19106<br>Telephone:<br>Facsimile: | |

21

on the party(ies) below in said action:
22

23   **[XX]   BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope, following
ordinary business practices, for deposit with the United States Postal Service at my place of
24   business as set forth above, addressed to the person(s) listed above. I am readily familiar
with this business practice for collection and processing of correspondence for mailing
25   within the United States Postal Service.   In the ordinary course of business, such
26   correspondence would be deposited with the United States Postal Service that same day.

27   [  ]   **BY FACSIMILE:** I caused a copy of such document(s) to be sent via FACSIMILE
28   Number(s):

1  [   ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand **VIA**
2  _____ to the offices(s) of the addressee(s) as indicated above.

3  [   ]   **BY FEDERAL EXPRESS:** I caused such envelopes to be delivered to Federal Express for
4  overnight courier service to the office(s) of the above addressee(s).

5  I declare under penalty of perjury under the laws of the State of California that the foregoing
   is true and correct and that this declaration was executed on July 3, 2007, at San Mateo, California.

6

7

8  JANET F. JENNINGS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

*5775160*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Christopher F. Johnson (SBN 114177)
Maranga * Morgenstern
88 Kearny Street, Suite 1475
San Francisco, CA 94108

TELEPHONE NO.: 415 248-5317     FAX NO. (Optional): 415 248-5314

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Def. Trimac Transportation Services, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**
STREET ADDRESS: 201 13th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: U.S. Post Office Building

PLAINTIFF/PETITIONER: Sheik Zahid Ali and Safiya Zayna Ali

DEFENDANT/RESPONDENT: Trimac Transportation Services, Inc., et al.

**FILED
ALAMEDA COUNTY**

JUL 2 4 2007

CLERK OF THE SUPERIOR COURT
By _____
                          Deputy

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| (Check one):  ☒ **UNLIMITED CASE** (Amount demanded exceeds $25,000)   ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | HG07314291 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: July 20, 2007          Time: 9:45 am          Dept.: 30          Div.:          Room:
Address of court (if different from the address above):

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (name):
   b. ☒ This statement is submitted jointly by parties (names): Defendants Trimac Transportation Services (Western), Inc. and Rohm and Haas Company

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date):
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☐ have been served but have not appeared and have not been dismissed (specify names):
      (3) ☐ have had a default entered against them (specify names):
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a. Type of case in ☒ complaint   ☐ cross-complaint   (describe, including causes of action):
      Personal injury action arising from plaintiff's alleged 20-foot fall from the top of a tanker truck. Plaintiff Sheik Ali asserts cause of action in General Negligence and Premises Liability. Plaintiff Safiya Ali asserts cause of action grounded in loss of consortium.

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720-3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**CM-110**

| PLAINTIFF/PETITIONER: Sheik Zahid Ali and Safiya Zayna Ali | CASE NUMBER: HG07314291 |
|---|---|
| DEFENDANT/RESPONDENT: Trimac Transportation Services, Inc. | |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plaintiff Sheik Ali alleges that on or about July 19, 2006, while in the course and scope of his employment, he had been transporting liquid latex paint in a tanker truck. Plaintiff Sheik arrived at his destination in Spokane, Washington and proceeded to unload the paint. Plaintiff Sleik climbed to the top of the tanker and subsequently fell to the ground below.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request  ☒  a jury trial  ☐  a nonjury trial  *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a.  ☐  The trial has been set for *(date):*
b.  ☒  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☒  days *(specify number):* 5-7 days
b.  ☐  hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☒  by the attorney or party listed in the caption  ☐  by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐  Additional representation is described in Attachment 8.

9. **Preference**
☐  This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel  ☒  has  ☐  has not  provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐  All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐  The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: Sheik Zahid Ali and Safiya Zayna Ali | CASE NUMBER: HG07314291 |
|---|---|
| DEFENDANT/RESPONDENT: Trimac Transportation Services, Inc. | |

10. d.   The party or parties are willing to participate in *(check all that apply):*
- (1) ☐   Mediation
- (2) ☐   Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
- (3) ☐   Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
- (4) ☐   Binding judicial arbitration
- (5) ☐   Binding private arbitration
- (6) ☐   Neutral case evaluation
- (7) ☐   Other *(specify):*

e.   ☐   This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f.   ☐   Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g.   ☐   This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**
☒   The party or parties are willing to participate in an early settlement conference *(specify when):*
As deemed appropriate by the court.

**12. Insurance**
a.   ☒   Insurance carrier, if any, for party filing this statement *(name):* Zurich North America Insurance Co.

b.   Reservation of rights:   ☐   Yes   ☒   No

c.   ☐   Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐   Bankruptcy   ☐   Other *(specify):*
Status:

**14. Related cases, consolidation, and coordination**
a.   ☐   There are companion, underlying, or related cases.
   (1) Name of case:
   (2) Name of court:
   (3) Case number:
   (4) Status:
   ☐   Additional cases are described in Attachment 14a

b.   ☐   A motion to   ☐   consolidate   ☐   coordinate   will be filed by *(name party):*

**15. Bifurcation**
☐   The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**
☒   The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
Motions in limine

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER: Sheik Zahid Ali and Safiya Zayna Ali | CASE NUMBER:<br>HG07314291 |
|---|---|
| DEFENDANT/RESPONDENT: Trimac Transportation Services, Inc. | |

## 17. Discovery
a. ☐ The party or parties have completed all discovery.
b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Defs. Trimac and Rohm and Haas | Written Discovery to Plaintiffs | 8/31/07 |
| Defs. Trimac and Rohm and Haas | Depositions of Plaintiffs and Def. Columbia Paint | 12/31/07 |
| Defs. Trimac and Rohm and Haas | Depositions of Experts | 3/31/08 |

c. ☐ The following discovery issues are anticipated *(specify):*

## 18. Economic Litigation
a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

## 19. Other issues
☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

## 20. Meet and confer
a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):* This case is in its early stages and discovery has just commenced. Defendants Trimac and Rohm and Haas currently await Plaintiffs' discovery responses. Upon receipt of same, Defendants will be better able to evaluate the case and meet and confer pursuant to Rule 3.724.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

## 21. Case management orders
Previous case management orders in this case are *(check one):*    ☐ none    ☐ attached as Attachment 21.

22. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: July 11, 2007

RICHARD M. OZOWSKI
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)
☐ Additional signatures are attached

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.<br>www.FormsWorkflow.com

1   PROOF OF SERVICE

2   STATE OF CALIFORNIA        )
                               ) ss.
3   COUNTY OF SAN FRANCISCO    )

4       I am employed in the County of San Francisco, State of California.  I am over the age of
    18 and not a party to the within action; my business address is 88 Kearny Street, Suite 1475, San
5   Francisco, California 94108.

6       On today's date, I served the foregoing document described as **CASE MANAGEMENT
    STATEMENT** on all parties in this action as follows:
7

    **Attorneys for Plaintiffs**
8   Merrill G. Emerick, Esq.
    Robert M. Desky, Esq.
9   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
10  San Mateo, California 94402
    (650) 348-0102; Fax (650) 648-0962
11

12  **Attorneys for Defendant**
    **Columbia Paints**
13  Joshua S. Goodman, Esq.
    JENKINS, GOODMAN, NEUMAN & HAMILTON, LLP
14  417 Montgomery Street, 10th Floor
    San Francisco, California 94104
15  (415) 705-0400; Fax (415) 705-0411

16

    _X_  By placing a true copy thereof enclosed in a sealed envelope.  I am "readily familiar" with
17       the firm's practice of collection and processing of mailing.  Under the practice it would be
         deposited with the U.S. Postal Service on that same day with postage thereon fully
18       prepared at San Francisco, California in the ordinary course of business.  I am aware that
         on motion of the party served, service is presumed invalid if postal cancellation date or
19       postage meter is more than one day after day of deposit for mailing an affidavit.

20  ____  By Telefax.  I forwarded such document by telefax to the offices of the addressee(s) at
          telefax number      at the telefax number(s) indicated above.
21
    ____  By Personal Service.  I delivered such envelope by hand to the addressee(s).
22
    ____  By Overnight Courier.  I caused the above-referenced document(s) to be delivered to an
23        overnight courier service for delivery to the above addressee(s).

24  Executed on July 11, 2007, at San Francisco, California.

25      I declare under penalty of perjury under the laws of the State of California that the above
    is true and correct.
26

27

                                                      PATRICIA A. PILARA
28

                                            1
                                    PROOF OF SERVICE

**EXHIBIT  I**

Anderlini, Finkelstein & Emerick
Attn: Desky, Robert M.
400 S. El Camino Real
Ste. 700
San Mateo, CA   94402

Maranga Morgenstern
Attn: Johnson, Christopher F.
88 Kearney Street
Suite 1475
San Francisco, CA   94108

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Ali | |
|---|---|
| | Plaintiff/Petitioner(s) |
| VS. | |
| Trimac Transportation Services (Western), Inc. | |
| | Defendant/Respondent(s) |
| | (Abbreviated Title) |

No. HG07314291

Case Management Order

Complaint - Other PI/PD/WD Tort

### ORDER re: CASE MANAGEMENT

The Court has ordered the following at the conclusion of a judicially supervised Case Management Conference.

### FURTHER CASE MANAGEMENT CONFERENCE

A further Case Management Conference is scheduled for 10/31/2007 at 09:15 AM in Dept. 30.

Updated Case Management Statements in compliance with CRC § 3.725 and Alameda County Local Rules, Chapter 4, on Judicial Council Form CM-110, must be filed no later than 10/16/2007.

### NOTICES

Clerk is directed to serve endorsed-filed copies of this order, with proof of service, to counsel and to self-represented parties of record by mail.

Any delay in the trial, caused by non-compliance with any order contained herein, shall be the subject of sanctions pursuant to CCP 177.5.

Dated: 07/20/2007

facsimile

Judge Kenneth Mark Burr

Order

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: HG07314291
Case Management Conference Order of 07/20/2007

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the
foregoing document was mailed first class, postage prepaid, in a sealed envelope,
addressed as shown on the foregoing document or on the attached, and that the
mailing of the foregoing and execution of this certificate occurred at
1225 Fallon Street, Oakland, California.

Executed on 07/23/2007.

Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

**EXHIBIT  J**

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

|  |  |
|---|---|
| **Ali** | **No. HG07314291** |
| Plaintiff/Petitioner(s) |  |
| VS. | **Minutes** |
| **Trimac Transportation Services (Western), Inc.** |  |
| Defendant/Respondent(s) |  |
| **(Abbreviated Title)** |  |

Department   30                    Honorable   Kenneth Mark Burr          , Judge

Cause called for Case Management Conference on July 20, 2007.

Merrill G. Emerick appearing for plaintiff.
Arash Moussavian appearing for defendant.

Court and counsel confer in chambers.

ORDER re: CASE MANAGEMENT

The Court has ordered the following at the conclusion of a judicially supervised Case Management Conference.

FURTHER CASE MANAGEMENT CONFERENCE

A further Case Management Conference is scheduled for 10/31/2007 at 09:15 AM in Dept. 30.

Updated Case Management Statements in compliance with CRC § 3.725 and Alameda County Local Rules, Chapter 4, on Judicial Council Form CM-110, must be filed no later than 10/16/2007.

NOTICES

Clerk is directed to serve endorsed-filed copies of this order, with proof of service, to counsel and to self-represented parties of record by mail.

Minutes of   07/20/2007
Entered on   07/20/2007

Executive Officer / Clerk of the Superior Court

By   *Pasky McClen* digital

Deputy Clerk

**Minutes**

M3843585