MERRILL G. EMERICK, ESQ. (SBN 117248)
ROBERT MILTON DESKY, ESQ. (SBN 22977)
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real  Suite 700
San Mateo, California  94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Plaintiffs
SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

## UNITED STATES DISTRICT COURT

### CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100, <br><br> Defendants. | Case No.: 3:07-CV-04263-BZ <br><br> DEMAND FOR JURY TRIAL |

Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI hereby demand trial by jury in this action.

DATED:  August 30, 2007

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: /s/_____
ROBERT MILTON DESKY, Attorneys for Plaintiffs
SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

DEMAND FOR JURY TRIAL