1  JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
   ZACHARY S. TOLSON, ESQUIRE - State Bar # 242824
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:    (415) 705-0400
4  Facsimile:    (415) 705-0411

5  Attorneys for Defendant
   COLUMBIA PAINT & COATINGS
6

7                UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

9  SHEIK ZAHID ALI and SAFIYA            Case No. C07-04263-BZ
   ZAYNA ALI,
10                                       [PROPOSED] ORDER GRANTING
                            Plaintiffs,  DEFENDANT COLUMBIA PAINT &
11                                       COATINGS' 12(b)(2) MOTION TO DISMISS
        vs.                              FOR LACK OF PERSONAL JURISDICTION
12
   TRIMAC TRANSPORTATION                 Date:    December 5, 2007
13 SERVICES (WESTERN) INC.;              Time:    10:00 AM
   COLUMBIA PAINT & COATINGS;            Dept:    Courtroom G, 15th Floor
14 ROHM AND HAAS COMPANY; and            Judge:   The Honorable Bernard Zimmerman
   DOES 2 to 100,
15
                            Defendants.
16

17                               **ORDER**

18       Having come on regularly for hearing on December 5, 2007, or as soon thereafter as the matter was heard in the Courtroom G of the United States District Court, Oakland Division, located at 1301 Clay Street, Suite 400S, Oakland, California, 94612, or some other designated location, the Defendant COLUMBIA PAINT & COATINGS ("Columbia") having appeared specially, moved the Court for an order dismissing this action as to this Defendant only pursuant to Federal Rule of Civil Procedure 12(b)(2) on the ground that the Court lacks personal jurisdiction over this Defendant. Having considered the Points and Authorities, Declarations, papers, records, pleadings and arguments presented, IT IS HEREBY ORDERED Defendant COLUMBIA PAINT & COATINGS' Motion to Dismiss is granted.

Date: _____    _____
                                 Judge Bernard Zimmerman
                                 United States District Court Magistrate

-1-

ORDER
UNITED STATES DISTRICT COURT – OAKLAND DIVISION - CASE NO. C07-04263-BZ

## PROOF OF SERVICE

**CASE NAME:** *Ali v. Trimac, et al.*
**CASE NUMBER:** HG07-314291
**DATE OF SERVICE:** October 9, 2007
**DESCRIPTION OF DOCUMENTS SERVED:**

NOTICE OT MOTION AND MOTION TO DISMISS DEFENDANT COLUMBIA PAINT & COATINGS FOR LACK OF PERSONAL JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF STEPHEN GORDON IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING DEFENDANT COLUMBIA PAINT & COATINGS' 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**SERVED ON THE FOLLOWING:**

Robert M. Desky, Esq.
Anderlini, Finkelstein, Emerick & Smoot
400 South El Camino Real, Suite 700
San Mateo, CA 94402

Christopher F. Johnson, Esq.
Maranga Morgenstern
88 Kearny Street, Suite 1475
San Francisco, CA 94108

Audrey C. Friedel, Esq.
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106

  I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

_____
Nikki Sands

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-1-