UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sheik Zahid Ali, et al.,

        Plaintiff(s).            No. C07-4263 BZ

  v.                              NOTICE OF IMPENDING
                                REASSIGNMENT TO A UNITED
                                STATES DISTRICT COURT JUDGE

Trimac Transportation Services, Inc., et al.,

        Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

      (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

      (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      The Case Management Conference set for **December 17, 2007** at **4:00 p.m.** is hereby **VACATED**. Defendant's Motion to Dismiss set for **December 5, 2007** at **10:00 a.m.** is hereby **VACATED**.

Dated: October 10, 2007

                                                      Richard W. Wieking, Clerk
                                                      United States District Court

                                                      *Lashanda Scott*
                                                      _____
                                                      By: Lashanda Scott - Deputy Clerk to
                                                      Magistrate Judge Bernard Zimmerman

reassign.DCT