JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar # 242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411

Attorneys for Defendant
COLUMBIA PAINT & COATINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN) INC.; COLUMBIA PAINT & COATINGS; ROHM AND HAAS COMPANY; and DOES 2 to 100,<br><br>　　　　　　　　　　Defendants. | Case No. 3:07-04263-JSW<br><br>RE-NOTICE OF MOTION TO DISMISS DEFENDANT COLUMBIA PAINT & COATINGS FOR LACK OF PERSONAL JURISDICTION<br><br>[F.R.C.P. Rule 12(b)(2)]<br><br>Date:    December 21, 2007<br>Time:   9:00 AM<br>Dept:    Courtroom 2, 17th Floor<br>Judge:  The Honorable Jeffrey B. White |

### RE-NOTICE OF MOTION

PLEASE TAKE NOTICE THAT ON December 21, 20007, at 9:00 AM, or as soon thereafter as the matter may be heard in the Courtroom 2, 17th Floor of the United States District Court, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, 94102, the Defendant COLUMBIA PAINT & COATINGS ("Columbia") will appear specially and move the Court for an order dismissing this action as to this Defendant only pursuant to Federal Rule of Civil Procedure 12(b)(2) on the ground that the Court lacks personal jurisdiction over this defendant. This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declarations

-1-

1  filed and served, and upon the papers, records and pleadings on file herein.

2

3  DATED: October 24, 2007            JENKINS GOODMAN NEUMAN &
4                                      HAMILTON LLP

5

6

7                                     By: _____
                                          ZACHARY S. TOLSON
8                                         Attorneys for Defendant
                                          COLUMBIA PAINT & COATINGS
9

f:\docs\jsg\ali v. trimac (columbia paint)\pleadings\federal motion to dismiss\re-notice of motion.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-
RE-NOTICE OF MOTION TO DISMISS
UNITED STATES DISTRICT COURT – SAN FRANCISCO DIVISION - CASE NO. C07-04263-BZ

## PROOF OF SERVICE

**CASE NAME:** *Ali v. Trimac, et al.*
**CASE NUMBER:** HG07-314291
**DATE OF SERVICE:** October 24, 2007
**DESCRIPTION OF DOCUMENTS SERVED:**

Re-NOTICE OF MOTION TO DISMISS DEFENDANT COLUMBIA PAINT & COATINGS FOR LACK OF PERSONAL JURISDICTION

**SERVED ON THE FOLLOWING:**

Robert M. Desky, Esq.
Anderlini, Finkelstein, Emerick & Smoot
400 South El Camino Real, Suite 700
San Mateo, CA 94402

Christopher F. Johnson, Esq.
Maranga Morgenstern
88 Kearny Street, Suite 1475
San Francisco, CA 94108

Audrey C. Friedel, Esq.
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106

I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

_____
Nikki Sands

f:\docs\jsg\ali v. trimac (columbia paint)\pleadings\pos.doc

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-1-

PROOF OF SERVICE