UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEIK ZAHID ALI

        Plaintiff(s),                      No. C 07-04263 JSW

  v.                                   **CLERK'S NOTICE**

TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on December 21, 2007, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Case Management Conference **previously noticed for** 1:30 p.m., in this matter. A joint case management statement shall be due on or before December 14, 2007.

                                                   Richard W. Wieking
                                                   Clerk, United States District Court

                                                   By:____*Jennifer Ottolini*_____
                                                   Jennifer Ottolini, Deputy Clerk
                                                   Honorable Jeffrey S. White
                                                   (415) 522-4173

Dated: October 26, 2007