| | |
|---|---|
| 1 | MERRILL G. EMERICK, ESQ. (SBN 117248) |
| 2 | ROBERT MILTON DESKY, ESQ. (SBN 22977) |
|   | **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT** |
| 3 | 400 South El Camino Real  Suite 700 |
|   | San Mateo, California  94402 |
| 4 | Telephone (650) 348-0102 |
| 5 | Facsimile (650) 348-0962 |
| 6 | Attorneys for Plaintiffs |
| 7 | SHEIK ZAHID ALI and SAFIYA ZAYNA ALI |

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | | |
|---|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, | ) | Case No.: 3:07-CV-04263-JSW |
| | ) | |
| Plaintiffs, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS; and DOES 1 to 100, | ) ) ) | |
| | ) | |
| Defendants. | ) ) ) ) | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro.41(a) Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI voluntarily dismiss the above-captioned action as to Defendant COLUMBIA PAINT & COATINGS <u>only</u> with such action to continue as against other

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

1  named defendants.

2  DATED: November 27, 2007

3

4                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                              By:/s/_____
6                                  ROBERT M. DESKY, Attorneys for Plaintiffs
                                   SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

- 2 -

NOTICE OF VOLUNTARY DISMISSAL