UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEIK ZAHID ALI

        Plaintiff(s),                              No. C 07-04263 JSW

    v.                                         **CLERK'S NOTICE**

TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.

        Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on December 21, 2007, at **1:30 p.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously scheduled for** 9:00 a.m. after the hearing on the Motion to Dismiss which has been vacated in this matter.

                                              Richard W. Wieking
                                              Clerk, United States District Court

                                              By:_____
                                              Jennifer Ottolini, Deputy Clerk
                                              Honorable Jeffrey S. White
                                              (415) 522-4173

Dated: December 3, 2007