# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ali,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Trimac Transportation Services (Western), Inc.,<br><br>　　　　　　　Defendant(s). | 07-04263 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-04263 JSW　　　　　　　　　　　-1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5   It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: December 5, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04263 JSW                                          -2-

PROOF OF SERVICE

Case Name:      Ali v. Trimac Transportation Services (Western), Inc.

Case Number:    07-04263 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 5, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert Milton Desky
> Anderlini Finkelstein Emerick & Smoot
> 400 South El Camino Real, Suite 700
> San Mateo, CA 94402-1720

> Merrill G. Emerick
> Anderlini Finkelstein Emerick & Smoot
> 400 South El Camino Real, Suite 700
> San Mateo, CA 94402
> memerick@afelaw.com

> Richard Martin Ozowski
> Maranga * Morgenstern
> 88 Kearny Street, Suite 1475
> A Professional Law Corporation
> San Francisco, CA 94108
> rozowski@marmorlaw.com

> Robert A Morgenstern
> Maranga * Morgenstern
> 88 Kearny Street, Suite 1475

A Professional Law Corporation
San Francisco, CA 94108

Christopher F Johnson
Maranga * Morgenstern
88 Kearny Street, Suite 1475
A Professional Law Corporation
San Francisco, CA 94108

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 5, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov