Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF
Complete

1  ROBERT M. DESKY, ESQ. (SBN 22977)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2  400 South El Camino Real, Suite 700
3  San Mateo, California  94402
   Telephone (650) 348-0102
4  Facsimile (650) 348-0962

5  Attorneys for Plaintiffs
6  SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SHEIK ZAHID ALI and SAFIYA ZAYNA    )    Case No.: 3:07-CV-04263-JSW
   ALI,                                )
12                                     )    CERTIFICATION OF INTERESTED
              Plaintiffs,              )    ENTITIES OR PERSONS
13                                     )
14 vs.                                 )
                                       )
15 TRIMAC TRANSPORTATION SERVISES      )
   (WESTERN), INC; COLUMBIA PAINTS &   )
16 COATINGS; and DOES  1 to 100,       )
17                                     )
              Defendants.              )
18 _____)

19        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20 named plaintiffs, there is no such interest to report.

21

22 DATED: December ___, 2007        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

23
                                    By: /s/ _____
24                                      ROBERT MILTON DESKY ESQ.
                                        Attorneys for Plaintiffs
25                                      SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

26

27

28

                                        - 1 -
_____
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS