# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 21, 2007                **Court Reporter**: Belle Ball

**CASE NO. C-07-4263 JSW**

**TITLE:** Sheik Zahid Ali, et al., v. Trimac Transportation Services (Western) Inc., et al.,

**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Robert Desky                            Richard Ozowski

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   ADR: Private Mediation to be completed by: 6-23-08

Close of ALL discovery: 10-1-08

Designation of Experts: 7-1-08

Further CMC: 1-18-08 at 1:30 p.m.

Hearing on dispositive motions (if any): 11-7-08 at 9:00 a.m.

Pretrial Conference: 12-22-08 at 2:00 p.m.

Jury Trial: 1-12-09 at 8:30 a.m.   (5 to 8 days)