| | |
|---|---|
| 1 | MERRILL G. EMERICK, ESQ. (SBN 117248) |
| 2 | ROBERT MILTON DESKY, ESQ. (SBN 22977)<br>**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT** |
| 3 | 400 South El Camino Real  Suite 700 |
| 4 | San Mateo, California  94402<br>Telephone (650) 348-0102 |
| 5 | Facsimile (650) 348-0962 |
| 6 | Attorneys for Plaintiffs |
| 7 | SHEIK ZAHID ALI and SAFIYA ZAYNA ALI |

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | | |
|---|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, | ) ) ) | Case No.: 3:07-CV-04263-JSW |
| Plaintiffs, | ) ) ) | STIPULATION FOR FILING FIRST AMENDED COMPLAINT |
| vs. | ) ) | |
| TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS; and DOES 1 to 100, | ) ) ) ) | |
| Defendants. | ) ) | Judge: The Honorable Jeffrey S. White |

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record that Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto.

DATED:  June 5, 2008

                                           ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

                                           By: /s/ MERRILL G. EMERICK

                                           ROBERT M. DESKY, Attorneys for Plaintiffs
                                           SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

1

2   DATED:  June 4, 2008

3                                         MARANGA ◦ MORGENSTERN

4

5                                         By: /s/ CHRISTOPHER F. JOHNSON,
                                               Attorneys for  Defendant, TRIMAC
6                                              TRANSPORTATION SERVICES (WESTERN),
                                               INC.
7

8   DATED:  June 4, 2008

9                                         MARANGA ◦ MORGENSTERN

10

11                                        By: /s/ CHRISTOPHER F. JOHNSON
                                               Attorneys for Defendant, ROHM AND HAAS
12                                             COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION FOR FILING FIRST AMENDED COMPLAINT