MERRILL G. EMERICK, ESQ. (SBN 117248)
ROBERT MILTON DESKY, ESQ. (SBN 22977)
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real  Suite 700
San Mateo, California  94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Plaintiffs
SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIMAC TRANSPORTATION SERVICES (WESTERN), INC., a Delaware Corporation; ROHM AND HAAS COMPANY, a Pennsylvania Corporation, <br><br> Defendants. <br> _____ | Case No.: 3:07-CV-04263-JSW <br><br> APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION |

Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI hereby apply to the Court for an order extending the time previously scheduled by the Court's Order Scheduling Trial and Pretrial Matters filed January 3, 2008 for Expert Designation on July 1, 2008, by extending the time for such expert designation to and including August 1, 2008.

- 1 -

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION

|   |   |
|---|---|
| 1 | Counsel for both defendants TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and ROHM AND HAAS COMPANY, Christopher F. Johnson, Esq. has been advised of and does not object to and in fact joins in this request.  No such previous request for this or any other extension of time under the Scheduling Order has previously been made to this Court. |

Counsel for both defendants TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and ROHM AND HAAS COMPANY, Christopher F. Johnson, Esq. has been advised of and does not object to and in fact joins in this request.  No such previous request for this or any other extension of time under the Scheduling Order has previously been made to this Court.

Such an extension is necessary due to the fact that discovery and inspection of documents and physical objects including the tanker truck in question and the accident site in Spokane, Washington including depositions at the site, as well as the need for additional medical experts, has required additional time of counsel and left insufficient time for the preparation of the appropriate designations and expert reports containing the requisite information.  Further, the trial date of January 12, 2009 in the opinion of both counsel, allows sufficient time after such extension for the orderly completion of discovery which has thus far proceeded without the need for any application to the Court since the date of the Scheduling Order.

Since such request is timely and necessary, the undersigned counsel for Plaintiffs respectfully requests the Court grant an extension from July 1, 2008 to August 1, 2008 for expert designation.

DATED:  June 26, 2008

                    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

                    By:_/s/_____
                        MERRILL G. EMERICK,
                        ROBERT M. DESKY, Attorneys for Plaintiffs
                        SHEIK ZAHID ALI and SAFIYA ZAYNA ALI
                        400 South El Camino Real, Suite 700
                        San Mateo, California 94402
                        Tele: (650) 348-0102
                        E-Mail:  memerick@afeslaw.com

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION

## ORDER

Having considered Plaintiffs' Application for an Extension of Time for expert designation under the Order Scheduling Trial and Pretrial Matters from July 1, 2008 to August 1, 2008, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs have to and including the requested date of August 1, 2008 to file such expert designation and that the initial date likewise be extended for Defendants together with the right to file responsive designations of Defendants' experts.

DATED:_____

_____
JEFFREY S. WHITE, UNITED STATES
DISTRICT JUDGE

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION

| | |
|---|---|
| Case Name: | <u>Sheik Zahid Ali and Safiya Zayna Ali v. Trimac Corporation, et al.</u> |
| Court: | Alameda County Superior Court |
| Case No.: | HG-07-314291 |

# PROOF OF SERVICE

I declare that:

I am a resident of the County of San Mateo and am over the age of eighteen years and not a party to the within entitled action; my business address is 400 So. El Camino Real Suite 700, San Mateo, California 94402.

On the date below, I caused to be served the attached:

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION

Christopher F. Johnson, Esq.
MARANGA MORGENSTERN
88 Kearny Street, Suite 1475
San Francisco, California 94108
Telephone:  (415) 248-5315
Facsimile:  (415) 248-5314
**Attorneys for Defendants TRIMAC TRANSPORTATION SERVICES, INC. and ROHM AND HAAS COMPANY**

on the party(ies) below in said action:

**[XX]    BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope, following ordinary business practices, for deposit with the United States Postal Service at my place of business as set forth above, addressed to the person(s) listed above.  I am readily familiar with this business practice for collection and processing of correspondence for mailing within the United States Postal Service.  In the ordinary course of business, such correspondence would be deposited with the United States Postal Service that same day.

**[  ]    BY FACSIMILE:** I caused a copy of such document(s) to be sent via FACSIMILE Number(s):

**[  ]    BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand **VIA** _____ to the offices(s) of the addressee(s) as indicated above.

**[  ]    BY FEDERAL EXPRESS:** I caused such envelopes to be delivered to Federal Express for overnight courier service to the office(s) of the above addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Mateo, California.

/s/ _____
JANET F. JENNINGS

- 4 -

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION