Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

1  MERRILL G. EMERICK, ESQ. (SBN 117248)
   ROBERT MILTON DESKY, ESQ. (SBN 22977)
2  **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
3  400 South El Camino Real  Suite 700
   San Mateo, California  94402
4  Telephone (650) 348-0102
   Facsimile (650) 348-0962
5

6  Attorneys for Plaintiffs
   SHEIK ZAHID ALI and SAFIYA ZAYNA ALI
7

8

9                    UNITED STATES DISTRICT COURT

10               CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

11

12  SHEIK ZAHID ALI and SAFIYA ZAYNA    )   Case No.: 3:07-CV-04263-JSW
13  ALI,                                )
                                        )
14                                      )   APPLICATION AND ORDER
                 Plaintiffs,            )   EXTENDING TIME FOR EXPERT
15                                      )   DESIGNATION
    vs.                                 )
16                                      )
    TRIMAC TRANSPORTATION SERVICES      )
17  (WESTERN), INC., a Delaware Corporation; )
    ROHM AND HAAS COMPANY, a            )
18  Pennsylvania Corporation,           )
19                                      )
                 Defendants.            )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
    _____ )
23

24
          Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI hereby apply to the Court for an
25
    order extending the time previously scheduled by the Court's Order Scheduling Trial and Pretrial
26
    Matters filed January 3, 2008 for Expert Designation on July 1, 2008, by extending the time for
27
    such expert designation to and including August 1, 2008.
28

                                              - 1 -
_____
APPLICATION AND ORDER EXTENDING TIME FOR EXPERT
DESIGNATION

Counsel for both defendants TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and ROHM AND HAAS COMPANY, Christopher F. Johnson, Esq. has been advised of and does not object to and in fact joins in this request. No such previous request for this or any other extension of time under the Scheduling Order has previously been made to this Court.

Such an extension is necessary due to the fact that discovery and inspection of documents and physical objects including the tanker truck in question and the accident site in Spokane, Washington including depositions at the site, as well as the need for additional medical experts, has required additional time of counsel and left insufficient time for the preparation of the appropriate designations and expert reports containing the requisite information. Further, the trial date of January 12, 2009 in the opinion of both counsel, allows sufficient time after such extension for the orderly completion of discovery which has thus far proceeded without the need for any application to the Court since the date of the Scheduling Order.

Since such request is timely and necessary, the undersigned counsel for Plaintiffs respectfully requests the Court grant an extension from July 1, 2008 to August 1, 2008 for expert designation.

DATED: June 26, 2008

                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

                              By:_/s/_____
                                  MERRILL G. EMERICK,
                                  ROBERT M. DESKY, Attorneys for Plaintiffs
                                  SHEIK ZAHID ALI and SAFIYA ZAYNA ALI
                                  400 South El Camino Real, Suite 700
                                  San Mateo, California 94402
                                  Tele: (650) 348-0102
                                  E-Mail: memerick@afeslaw.com

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION

**ORDER**

Having considered Plaintiffs' Application for an Extension of Time for expert designation under the Order Scheduling Trial and Pretrial Matters from July 1, 2008 to August 1, 2008, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs have to and including the requested date of August 1, 2008 to file such expert designation and that the initial date likewise be extended for Defendants together with the right to file responsive designations of Defendants' experts.

DATED:  June 30, 2008

_____
JEFFREY S. WHITE, UNITED STATES
DISTRICT JUDGE

APPLICATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATION