ROBERT A. MORGENSTERN, ESQ. (SBN 94180)
CHRISTOPHER F. JOHNSON, ESQ. (SBN 114177)
RICHARD M. OZOWSKI, ESQ. (SBN 219226)
MARANGA • MORGENSTERN
A Professional Law Corporation
88 Kearny Street, Suite 1475
San Francisco, CA 94108
(415) 248-5315; Fax (415) 248-5314
rozowski@marmorlaw.com

Attorneys for Defendants,
TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and
ROHM AND HAAS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,<br><br>Defendants. | Case No.: 3:07-CV-04263-JSW<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT FOR STATUTORY LIABILITY FOR FAILURE TO PROVIDE WORKERS COMPENSATION IN VIOLATION OF CALIFORNIA LABOR CODE SECTIONS 3706-3709; FOR STATUTORY LIABILITY FOR FAILURE TO PROVIDE SAFE PLACE OF EMPLOYMENT IN VIOLATION OF CALIFORNIA LABOR CODE SECTIONS 6400-6404; LIABILITY FOR NEGLIGENCE; AND PRODUCTS LIABILITY |

Pursuant to Local Rule 6-1(a), Defendants TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. ("Trimac") and ROHM AND HAAS COMPANY ("Rohm and Haas") (Trimac and Rohm and Haas collectively, "Defendants") hereby file this Stipulation for Defendants to File Responsive Pleading to First Amended Complaint For Statutory Liability For Failure to Provide Workers Compensation in Violation of California Labor Code Sections 3706-3709; For Statutory Liability for Failure to Provide Safe Place of Employment in Violation of California Labor Code Sections 6400-6404; Liability for Negligence; and Products Liability ("First Amended Complaint"), as follows:

Plaintiffs SHEIK ZAHID ALI and SAFIYA ZAYNA ALI ("Plaintiffs") filed their First Amended Complaint on or about June 6, 2008. Upon request of Defendants' counsel, Plaintiffs' counsel graciously agreed and stipulated that Defendants may file their pleading responsive to the First Amended Complaint through and including July 1, 2008. Such stipulation effectively enlarged Defendants' time to file by approximately 12 days and will not alter the date of any event or deadline already fixed by order of this Court.

Pursuant to its signature below, Defendants' counsel declares and attests that Plaintiffs' counsel verbally agreed to the filing of this stipulation without their written affirmation thereto.

DATED: July 1, 2008

MARANGA • MORGENSTERN
A Professional Law Corporation

_____
ROBERT A. MORGENSTERN
CHRISTOPHER F. JOHNSON
RICHARD M. OZOWSKI
Attorneys for Defendants,
TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and ROHM AND HAAS COMPANY