IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEIK ZAHID ALI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 07-04263 TEH<br><br>**CLERK'S NOTICE VACATING HEARING DATE** |

　　　YOU ARE NOTIFIED THAT the **Further Case Management Conference** set for Friday, *07/18/08 at 1:30 PM*, is hereby VACATED.

Dated:　July 15, 2008　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　R. B. Espinosa
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk