1  MERRILL G. EMERICK, ESQ. (SBN 117248)
   ROBERT MILTON DESKY, ESQ. (SBN 22977)
2  **ANDERLINI & EMERICK LLP**
3  411 Borel Avenue, Suite 501
   San Mateo, California 94402
4  Telephone (650) 212-0001
   Facsimile (650) 212-0081
5  Attorneys for Plaintiffs
6  SHEIK ZAHID ALI and SAFIYA ZAYNA ALI

7

8                  UNITED STATES DISTRICT COURT

9            CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

10

11 | SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, | ) | Case No.: 3:07-CV-04263-JSW |
12 | | ) | |
   | | ) | STIPULATION AND ORDER |
13 | Plaintiffs, | ) | CONTINUING TRIAL DATE AND PRE-TRIAL CONFERENCE |
14 | vs. | ) | |
15 | | ) | Date: February 6, 2009 |
   | TRIMAC TRANSPORTATION SERVICES | ) | Time: 9:00 a.m. |
16 | (WESTERN), INC.; COLUMBIA PAINT & | ) | Dept: Courtroom 2 |
   | COATINGS; and DOES 1 to 100, | ) | Judge: The Honorable Jeffrey S. White |
17 | | ) | |
18 | Defendants. | ) | Trial Date: May 4, 2009 |
   |  | ) | |

19

20

21     Plaintiffs Sheik Zahid Ali and Safiya Zayna Ali and Defendant Trimac Transportation
22 Services (Western), Inc., through their attorneys of record, hereby stipulate to an order continuing
23 the trial date from May 4, 2009 to June 1, 2009 and continuing the pre-trial conference from April
24 13, 2009 at 2:00 p.m. to May 11, 2009 at 2:00 p.m. at the request of Plaintiff's counsel, who has a
25
26 conflicting trial on May 4, 2009, the date on which the court continued the previous trial date of
27 January 12, 2009. This stipulation to continue the trial date and pre-trial conference date is without
28 prejudice to the defendant's Rule 12 motion to dismiss set for hearing on February 6, 2009.

- 1 -

OBJECTION TO EVIDENCE

1
2
3   Dated: January ~~28~~ 27, 2009         /s/ _____
4                                          Merrill G. Emerick, of attorneys for plaintiffs
5
6   Dated: January 27, 2009                /s/ _____
                                           Christopher F. Johnson, of attorneys for defendant
7                                          Trimac Transportation Services (Western), Inc.
8
9
                                    ORDER
10
11      The plaintiffs through their attorneys of record and defendant through its attorneys of

12  record having stipulated, and

13      GOOD CAUSE APPEARING,

14
        It is hereby ordered that the trial in this action scheduled for May 4, 2009 is continued to
15   August 31, 2009
    ~~June 1, 2009~~ and the pre-trial conference scheduled for April 13, 2009 at 2:00 p.m. is continued to
16   August 10, 2009
    ~~May 11, 2009~~ at 2:00 p.m.
17

18                                         _____
19  Dated: January 28, 2009                Jeffrey S. White
20                                         District Court Judge
21
22
23
24
25
26
27
28

                                      - 2 -
    ~~OBJECTION TO EVIDENCE~~