IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,

    Plaintiffs,

v.

TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,

    Defendants.

_____/

No. C 07-04263 JSW

**JUDGMENT**

    Pursuant to the Order granting Defendant Trimac Transportation Sercices (Western), Inc.'s motion to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 4, 2009

    _Jeffrey S. White_
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE