IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEIK ZAHID ALI,<br><br>    Plaintiff,<br><br>  v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.,<br><br>    Defendant.<br>_____/ | No. C 07-04263 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on April 13, 2011, a Case Management Conference shall be held on July 1, 2011 at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint Case Management Statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than five court days prior to the conference.

**IT IS SO ORDERED.**

Dated: June 14, 2011

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE