ROBERT A. MORGENSTERN, ESQ. (SBN 94180)
CHRISTOPHER F. JOHNSON, ESQ. (SBN 114177)
RICHARD M. OZOWSKI, ESQ. (SBN 219226)
MARANGA • MORGENSTERN
A Professional Law Corporation
88 Kearny Street, Suite 1475
San Francisco, CA 94108
(415) 248-5315; Fax (415) 248-5314
rozowski@marmorlaw.com

Attorneys for Defendants,
TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. and
ROHM AND HAAS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100, <br><br> Defendants. | Case No.: 3:07-CV-04263-JSW <br><br> STIPULATION TO EXTEND DISCOVERY PERIOD <br><br> AND ORDER THEREON |

Pursuant to Local Rule 6-1(a), Plaintiffs SHEIK ZAHID ALI and SAFINA ZAYNA ALI and Defendant TRIMAC TRANSPORTATION SERVICES (WESTERN), INC. ("Trimac") hereby stipulate to extend the discovery period, as follows:

On or about July 1, 2011, the Court issued a Civil Minute/Scheduling Order following a Case Management Conference of the same date. Among other things, the Court ordered the close of all fact discovery on November 7, 2011.

As litigation has progressed, the parties mutually have concluded that additional time is

Hdr

warranted to fully explore the issues necessary to adequately prepare for trial or alternate resolution.  Among other things: (a) difficulties have arisen in obtaining insurance underwriting records, particularly from foreign jurisdictions such as Canada and (b) securing the depositions of witnesses likewise located in foreign jurisdictions.  Therefore, the parties hereby stipulate and agree to extend the close of fact discovery, for all purposes, to December 1, 2011.  Pursuant to their signatures below, Counsel for Plaintiffs and Trimac evidence their stipulation as herein set forth.

DATED: October 20, 2011

MARANGA • MORGENSTERN
A Professional Law Corporation


ROBERT A. MORGENSTERN
CHRISTOPHER F. JOHNSON
RICHARD M. OZOWSKI
Attorneys for Defendant
TRIMAC TRANSPORTATION
SERVICES (WESTERN), INC.


DATED: October __20__, 2011

ANDERLINI & EMERICK LLP




MERRILL G. EMERICK
Attorneys for Plaintiffs SHEIK ZAHID ALI
And SAFINA ZAYNA ALI



Dated:  October 31, 2011          2