ROBERT A. MORGENSTERN, ESQ.
(SBN 94180)
CHRISTOPHER F. JOHNSON, ESQ.
(SBN 114177)
RICHARD M. OZOWSKI, ESQ.
(SBN 219226)
MARANGA • MORGENSTERN
A Professional Law Corporation
88 Kearny Street, Suite 1475
San Francisco, CA 94108
(415) 248-5315; Fax (415) 248-5314
rozowski@marmorlaw.com

Attorneys for Defendants,
TRIMAC TRANSPORTATION SERVICES
(WESTERN), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,<br><br>Defendants. | Case No.: 3:07-CV-04263-JSW<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND MODIFY SCHEDULING ORDER AS MODIFIED |

The Court, having received the Stipulation to Continue Settlement Conference and Modify Scheduling Order in the captioned matter, hereby rules as follows:

The settlement conference currently scheduled for December 2, 2011 will be rescheduled for a date to be determined;

The discovery cutoff, currently set for December 1, 2011, is continued to **February 24, 2012** (excepting the deposition of Plaintiff Sheik Ali, which Plaintiffs have agreed may be conducted up to two weeks before trial);

The ADR deadline currently set for December 16, 2011 is continued to **March 9, 2012**;

1

1       The hearing date for dispositive motions is continued from February 3, 2012 to ~~March 30,~~ **April 13, 2012**; and

3       The expert designation deadline previously set for February 17, 2012 is continued to **April ~~6~~, 2012**. **27**

~~*END OF ORDER*~~

Dated: November 29, 2011

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE