IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,<br><br>        Defendants.<br>_____/ | No. C 07-04263 JSW<br><br>**ORDER DENYING STIPULATION** |

        The Court has received the stipulation filed by the parties to shorten the 35-day period required for dispositive motions due to their ongoing settlement discussions and pending dispositive hearing deadline set by this Court for April 13, 2012. However, the parties' stipulation affords the Court two court days to review the filings prior to a hearing on any motions filed, which clearly is insufficient. The stipulation is therefore DENIED.

        Should the parties' efforts fail to result in settlement of this matter, they may file a stipulation to extend the deadline for hearing on dispositive motions, with a showing of good cause for the extension, but must maintain the 35-day period required for all filings.

        **IT IS SO ORDERED.**

Dated: March 12, 2012

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE