**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,

    Plaintiffs,

  v.

TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,

    Defendants.
_____/

No. C 07-04263 JSW

**ORDER TO SHOW CAUSE RE SANCTIONS**

    In the case management conference held in this matter on July 1, 2011, among other dates, the Court set a pretrial conference for May 21, 2012 at 2:00 p.m. According to the Court's standing orders on pretrial conferences, the parties' submissions were required to be filed no later than May 7, 2012. Although the parties have met with Magistrate Judge Vadas in an ongoing effort to resolve this matter short of trial, the deadline for pretrial submissions has passed and the parties are in violation of this Court's orders. In addition, the Court is aware that its staff has informed counsel for both parties that they are in violation of this Court's orders.

    Therefore, both parties are HEREBY ORDERED TO SHOW CAUSE in writing no later than May 18, 2012, as to why sanctions in the amount of $750 per party should not be imposed. Failure to respond to this Order by May 18, 2012 shall result in an assessment of sanctions in the amount of $750 to both parties.

Furthermore, the pretrial conference and trial dates are HEREBY VACATED, to be reset by subsequent order only if further proceedings indicate it is necessary.

**IT IS SO ORDERED.**

Dated: May 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE