IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEIK ZAHID ALI and SAFIYA ZAYNA ALI,<br><br>  Plaintiffs,<br><br> v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; COLUMBIA PAINT & COATINGS and DOES 1 to 100,<br><br>  Defendants.<br> _____/ | No. C 07-04263 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, LEVYING SANCTIONS, AND REFERRING MATTER TO MAGISTRATE JUDGE VADAS FOR ALL PURPOSES** |

On May 11, 2012, this Court issued an order to show cause in writing as to why sanctions should not be imposed for the parties' failure to comply with the Court's standing orders on pretrial conferences and the Court's staff's warning of their failure to comply. By their response, counsel demonstrate that it was purely their negligence that resulted in the violation.

Due to counsel's failure to abide by the Court's orders, the Court HEREBY IMPOSES sanctions in the amount of $250.00 payable to the Clerk of the Court by no later than June 1, 2012. These sanctions are to be paid by counsel, not their clients.

In addition, pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for assignment to Magistrate Judge Nandor J. Vadas for all purposes including trial and entry of judgment. The parties will be advised of the date, time and place of appearance by

///

notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE